UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EXAVIA WAFER, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | CASE NO. 3:19-CV-01665-B-BK |
| | § | |
| QUIKTRIP CORPORATION, | | |
|     DEFENDANT. | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant's *Second Motion to Enforce Court Orders, and for Sanctions*, is GRANTED IN PART and this case is DISMISSED WITH PREJUDICE.

SIGNED this 15TH day of NOVEMBER, 2021.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE